UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | BANKRUPTCY #11-31843 |
| ) | |
| TOMCO TOOLING & PLASTICS, INC., ) | CHAPTER 7 |
| ) | |
| ) | |
| ) | REPORT OF SALE |
| DEBTOR. ) | |

Dated: 9/28/11

_____
Richard M. Mitchell, NC Bar #3034
Attorney for Trustee

OF COUNSEL:
MITCHELL & CULP, PLLC
1001 Morehead Square Drive
Suite 330
Charlotte, NC 28203
Phone: (704) 333-0630
Fax: (704) 333-4975

Date: 09-26-2011 13:38:21                                                                              None

```
                    GARY BOYD AUCTION & REAL ESTATE
                              PO BOX 352
                         ALBEMARLE, NC 28001
                            704-982-5633
```

Settlement         RICK MITCHELL                                               Page:   1
Seller:   1        TOMCO TOOLING AND PLASTIC
                   994 RHYNE ROAD
                   CLOVER SC    29710


                                   Items:  198    Amount:    86,303.50

            Commission at 13.000%                 11,219.45

            ADVERTISING EXPENSE                    4,219.70
            PRE-SALE EXPENSE                       1,000.00
            SALE DAY LABOR                           800.00
            POST SALE LABOR                          560.00
                                                 ----------
                                                   6,579.70

                                   Less adjustments:  -17,799.15
                                                     ----------
                                   Net due to seller:  68,504.35


        THANK YOU FOR ALLOWING US TO CONDUCT AN AUCTION FOR YOU!
     NEED A CERTIFIED PERSONAL PROPERTY APPRAISAL? CALL FOR A FREE CONSULTATION!
I I (or we), the seller of goods, merchandise, and/or property sold at public
auction on the contracted date and location, acknowledge and accept this
settlement or proceeds of sale.  I (or we) agree to accept responsibility for
providing merchant title to all goods, merchandise, and/or property sold,
and/or delivery of title to purchaser.


_____            _____
Auctioneer or Cashier                              Seller Signature

                                          _____
                                                   Seller Signature

Date: 09-26-2011 13:30:28                                                                  None

```
                        GARY BOYD AUCTION & REAL ESTATE
                                   PO BOX 352
                              ALBEMARLE, NC 28001
                                  704-982-5633
```

Settlement          RICK MITCHELL                                          Page:    1
Seller:    1        TOMCO TOOLING AND PLASTIC
                    994 RHYNE ROAD
                    CLOVER SC   29710

| Item | Description | Qty | Total |
|------|-------------|-----|-------|
| 1  | CHEVALAR FM-3VK KM | 1 | 100.00 |
| 2  | CHEVALAR FM-3 VS BM825178 1993 | 1 | 100.00 |
| 3  | MASTER MILL 232866525R 1986 | 1 | 325.00 |
| 4  | COSACORPORATION GK12 50760 | 1 | 30.00 |
| 6  | BOYER-SCHULTZ 612 9777 SURFACE GRINDER | 1 | 150.00 |
| 7  | CHEVALAR FSG 618M A383 021 | 1 | 1,000.00 |
| 8  | UMA-DYN AD AD71239 MINI DRYER | 1 | 20.00 |
| 9  | DAKE JOHNSON JH10 193 232 BAND SAWQ | 1 | 600.00 |
| 12 | ENCO 293-8020 EDW 232 BLADE WELDER | 1 | 200.00 |
| 16 | LOGAN POWERMATIC 1140010 | 1 | 325.00 |
| 17 | SOUTH BEND LATHE INC.C370AD PRECISION LATHE MO A | 1 | 600.00 |
| 18 | D-M-E PPC 750 NA 3093 | 1 | 175.00 |
| 19 | HAAS VF-2 4967 1995 | 1 | 10000.00 |
| 22 | BROTHER HSC-350 1111 75 | 1 | 225.00 |
| 23 | BOY15 17506 1976 GERMANY | 1 | 150.00 |
| 25 | ELOX CENTRA 35S PS-1369 & ELOX 6-1608 SN 004709 | 1 | 1,000.00 |
| 26 | BOY 35M 68250 2004 GERMANY | 1 | 2,000.00 |
| 27 | BOY 35M 68251 2004 GERMANY | 1 | 2,000.00 |
| 28 | BOY 22M 28913 2004 GERMANY | 1 | 2,000.00 |
| 30 | BOY 22M 28914 2004 GERMANY | 1 | 2,100.00 |
| 31 | BOY 22S 18502 1987 GERMANY | 1 | 500.00 |
| 32 | BOY 15S 15904 1984 GERMANY | 1 | 200.00 |
| 33 | WITLOCK 30CL DRYER | 1 | 25.00 |
| 34 | WHITLOCK 202F 3485AB DEHUMIDIFYING DRYER | 1 | 30.00 |
| 35 | ARBURY 305R 3485AB 1978 ALL ROUNDER | 1 | 50.00 |
| 36 | EMPIRE BB4-1A C-15222 BASKET BLASTER | 1 | 1,000.00 |
| 36A | EMPIRE DCM-200 C-15224 | Not sold | |
| 37 | AIRTEK CT 130 97-7832J AIR DRYER | Not sold | |
| 38 | CUMBERLAND 25086-6695 10X12 GRANULATOR | 1 | 180.00 |
| 39 | NELMOR G1215M1 73 01 5168 GRANLULATOR | 1 | 260.00 |
| 40 | IMS A-86 SPO A860446 GRANULATOR | 1 | 400.00 |
| 41 | HAVORD 87D8 9.70187E+11 FILTER SYSTEM | 1 | 625.00 |
| 42 | CUMBERLAND 25086-68153 10X12 GRANULATOR | 1 | 100.00 |
| 45 | PLASTIC PROCESS EQUIP INC P-1611230 P-161520189 HEATER | 1 | 40.00 |
| 46 | BANDORN PLASTIC MACH CO 350-RS-30F 1224 1985 | 1 | 1,400.00 |
| 47 | ALSTEELE 8X10 1025A GRANULATOR | 1 | 160.00 |
| 48 | POWERMATIC HOUDAILLE M D N 80 6 36 | 1 | 275.00 |
| 49 | MACHILE BLDRS INC MS14 11798 GRANULATOR | 1 | 100.00 |
| 50 | POLYMER MACH CORP 46 GRINDER SP 46-163-24 GRANULATOR | 1 | 70.00 |
| 51 | BOY 50M 51829 1985 GERMANY | 1 | 400.00 |

Date: 09-08-2011 13:30:26 None

GARY BOYD AUCTION & REAL ESTATE
PO BOX 352
ALBEMARLE, NC 28001
704-982-5633

Settlement
Seller: 1 RICK MITCHELL Page: 1
TOMCO TOOLING AND PLASTIC
994 RHYNE ROAD
CLOVER SC 29710

| Item | Description | Qty | Total |
|---|---|---|---|
| 1 | CHEVALAR FM-3VK KM | 1 | 100.00 |
| 2 | CHEVALAR FM-3 VS SH625178 1993 | 1 | 100.00 |
| 3 | MASTER MILL 25285C525R 1986 | 1 | 225.00 |
| 4 | COSACORPORATION GK12 50760 | 1 | 30.00 |
| 6 | BOYER-SCHULTZ 612 5777 SURFACE GRINDER | 1 | 150.00 |
| 7 | CHEVALAR FSG 618M A303 0E1 | 1 | 1,000.00 |
| 8 | UNA-DYN AD AD71239 MINI DRYER | 1 | 20.00 |
| 9 | DAKE JOHNSON JH10 1/3 232 BAND SAW | 1 | 600.00 |
| 12 | TMCO 293-8822 SIM 232 BLADE WELDER | 1 | 200.00 |
| 16 | LOGAN POWERMATIC 1140010 | 1 | 525.00 |
| 17 | SOUTH BEND LATHE INC. C3720AD PRECISION LATHE MO A | 1 | 600.00 |
| 18 | D-M-E PPC/750 HA 3093 | 1 | 175.00 |
| 19 | ARS VP-2 4967 1995 | 1 | 10000.00 |
| 22 | BROTHER HSC-360 /11 75 | 1 | 225.00 |
| 23 | BOY 15 17506 1976 GERMANY | 1 | 150.00 |
| 25 | ELOX CENTRA 200 PG-1369 & ELOX 6-1600 SN 004709 | 1 | 1,000.00 |
| 26 | BOY 35M 68250 2004 GERMANY | 1 | 2,000.00 |
| 27 | BOY 33M 60251 2004 GERMANY | 1 | 2,000.00 |
| 28 | BOY 22M 24913 2004 GERMANY | 1 | 2,000.00 |
| 30 | BOY 22M 20914 2004 GERMANY | 1 | 2,100.00 |
| 31 | BOY 22S 16502 1987 GERMANY | 1 | 500.00 |
| 32 | BOY 15S 15904 1984 GERMANY | 1 | 200.00 |
| 33 | WITLOCK 30CL DRYER | 1 | 25.00 |
| 34 | WHITLOCK 202F 34050R DEHUMIDIFYING DRYER | 1 | 30.00 |
| 35 | ARBURY 305R 34658B 1978 ALL ROUNDER | 1 | 30.00 |
| 36 | EMPIRE 884-10-C-15222 BASKET BLASTER | 1 | 1,000.00 |
| 36A | EMPIRE DCH-200 C-15224 | Not sold | |
| 37 | AIRTEK CT 130 C7-76321 AIR DRYER | Not sold | |
| 38 | CUMBERLAND 25065-6695 10X12 GRANULATOR | 1 | 100.00 |
| 39 | NELMOR 0121011 73 01 5166 GRANULATOR | 1 | 260.00 |
| 40 | IMS A-66 SPO A859446 GRANULATOR | 1 | 400.00 |
| 41 | HAVORD 8708 9,701072E+11 FILTER SYSTEM | 1 | 625.00 |
| 42 | CUMBERLAND 25086-68153 10X12 GRANULATOR | 1 | 100.00 |
| 45 | PLASTIC PROCESS EQUIP INC P-1611220 P-1615201809 HEATER | 1 | 40.00 |
| 46 | SANDORN PLASTIC MACH CO 350-RS-30F 1224 1985 | 1 | 1,400.00 |
| 47 | ALSTEELE 6X10 1025A GRANULATOR | 1 | 160.00 |
| 48 | POWERMATIC HOUDAILLE M D N 80 6 36 | 1 | 275.00 |
| 49 | MACHILE BLDRS INC MS14 11798 GRANULATOR | 1 | 100.00 |
| 50 | POLYMER MACH CORP 46 GRINDER SP 46-163-24 GRANULATOR | 1 | 70.00 |
| 51 | BOY 50M 51629 1985 GERMANY | 1 | 400.00 |

```
Date: 09-26-2011 13:30:28                                                      None

                       GARY BOYD AUCTION & REAL ESTATE
                                  PO BOX 352
                              ALBEMARLE, NC 28001
                                 704-982-5633

Settlement            RICK MITCHELL                                    Page:    2
Seller:    1          TOMCO TOOLING AND PLASTIC
                      994 RHYNE ROAD
                      CLOVER SC   29710


 Item  Description                                             Qty      Total
 ----------------------------------------------------------------------------------
   52  BOY 80M 87019 1990 GERMANY                                1     6,000.00
   53  BOY 50M58052 1998 GERMANY                                 1     5,500.00
   54  IMS LP49-SCSTAGGER CUT GRANULATOR                         1       150.00
   55  EMI CORP PLASTICS EQUIP PARTS CONVEYOR                    1        25.00
   56  RAPID GRANULATOR 79-C 20.4959 1992 GRANULATOR             1       225.00
   57  IMS LP 49 SC STAGGER CUT GRANULATOR                       1       150.00
   58  CONTINENTAL DRYERS INC 35 1 79 642 1979 DIS CCANT DRYE    1        45.00
   59  LABOTEK PGT4 SEP 95T21403406 CON-EVATOR D# 109014         1        25.00
   60  NORTHERN IND 998250 2010 1.77CU.FT CU FT MINI CONC MXR    1       120.00
   61  SETRA CP70 242871 ELEC SCALE                              1       190.00
   62  WOODWARD 60 GAL AIR COMPRESSOR                            1       375.00
   63  QUINCY QMT25ACA32E 84167 AIR COMPRESSOR                   1       525.00
   82  TOYOTA FORKLIFT 2FG15-10962                               1     2,200.00
   89  CLARK FORKLIFT Y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                               1     2,200.00
   90  TANDEM UTILITY TRLR 4YMUL1228G017736                      1     1,000.00
   91  2006 CADILLAC DTS LX3 1G6KD57Y76U2                        1     9,000.00
   92  1998 CHEV 1500 2GCEK19R0W1                                1     2,300.00
  101  BLACK SHELVING/CONTENTS BOLTS/BITS HDW                    1        17.00
  102  TORCH RIG                                                 1       170.00
  103  CONTENTS OF CORNER TBLE, CAB,ASST METAL, BX PARTS         1        55.00
  104  CONTENTS CORNER/ASST STEEL/CABINET                        1        80.00
  105  CRAFTSMAN 10" BAND SAW                                    1        45.00
  106  2 WKBENCH/SURR CONTENT/CLAMPS/STEEL/HDW                   1       200.00
  107  CONTENTS CORNER-ASST STEE/SCRAP METAL                     1        40.00
  108  BX CARBON                                                 1        10.00
  109  GRINDER TBL/TABLE ONLY                                    1        25.00
  110  DAYTON 6Y945 1X6"BELT DISC SANDER                         1        20.00
  111  ALLIED 59500 9407 208 3/4HP 8" BENCH GRINDER              1        45.00
  112  BIG RED 20T HYDRAULIC PRESS                               1       160.00
  113  DELTA 23-660 6" THIN LINE BENCH GRINDER                   1        10.00
  114  DELTA 23-6606" THIN LINE BENCH GRINDER                    1        10.00
  115  WKTABLE   CONTENTS/BITS/HDWR                              1        40.00
  123  REMAINING CONTENTS BACK ROOM SHELVING/GREEN WKTBL/PART    1       200.00
  116  WKBL CONTENTS/BITS/HDWR                                   1       330.00
  117  WKTBL CONTENTS/ASST STEELE                                1        40.00
  118  WKTBL CONTENTS/BOLTS/HDW/ETC                              1       160.00
  119  CONTENTSCORNER BOLT BEN/BX/BITS/CHUCKS                    1       220.00
  120  CHARMILLES GENVE ELERODA E10 53222 SWITZRLND              1        60.00
  129  4 JOHN DEERE BAR STOOLS                                   1        15.00
  134  INTERNATIONAL BOX STAPLER/STAPLES                         1        70.00
```

Date: 09-26-2011 13:30:29                                                                          Note

                        GARY SUY AUCTION & REAL ESTATE
                                PO BOX 352
                             ALBEMARLE, NC 28001
                                704-982-5633

Settlement            RICK MITCHELL                                                    Page: 2
Sellers:  1           TOMCO TOOLING AND PLASTIC
                      974 RHYNE ROAD
                      CLOVER SC 29710

| Item | Description | Qty | Total |
|---|---|---|---|
| 52 | BOY 66M 67015 1990 GERMANY | 1 | 6,500.00 |
| 53 | BOY 50M53862 1996 GERMANY | 1 | 5,500.00 |
| 54 | IMS LP49-SCSTROGER CUT GRANULATOR | 1 | 150.00 |
| 55 | EMI CORP PLASTICS EQUIP PARTS CONVEYOR | 1 | 25.00 |
| 56 | RAPID GRANULATOR 79-C 28.4599 1992 GRANULATOR | 1 | 295.00 |
| 57 | IMS LP 45 SC STAGGER CUT GRANULATOR | 1 | 150.00 |
| 58 | CONTINENTAL DRYERS INC 35 1 79 642 1979 DIS CCANT DRYE | 1 | 45.00 |
| 59 | LAWLER PG74 SEP,95ST403406 CUM-EVATOR DW 109014 | 1 | 25.00 |
| 60 | NORTHERN IND,968290 2010 1.7CU.FT CU FT. MINI CONC.MXR | 1 | 150.00 |
| 61 | SETRA-CP74 242871 ELEC SCALE | 1 | 190.00 |
| 62 | WOODWARD 60 GAL AIR COMPRESSOR | 1 | 375.00 |
| 63 | QUINCY QMT25ACQA3E 8A187 AIR COMPRESSOR | 1 | 225.00 |
| 82 | TOYOTA FORKLIFT, 5FG15-10952 | 1 | 2,200.00 |
| 89 | CLARK FORKLIFT, Y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 | 1 | 2,250.00 |
| 90 | TANDEM UTILITY TRLR 4YMUL128601773G | 1 | 1,050.00 |
| 91 | 2006 CADILLAC DTS-1X2 1G6KD57Y56U | 1 | 9,000.00 |
| 92 | 1998 CHEV 1500 2CGK19RW1 | 1 | 2,500.00 |
| 101 | BLACK SHELVING/CONTENTS BOLTS/BITS HDW | 1 | 175.00 |
| 102 | TORCH RIG | 1 | 175.00 |
| 103 | CONTENTS OF CORNER TBLE, CAB,ASST METAL, BX PARTS | 1 | 55.00 |
| 104 | CONTENTS CORNER/ASST STEEL/CABINET | 1 | 40.00 |
| 105 | CRAFTSMAN 10" BAND SAW | 1 | 75.00 |
| 106 | 2 UKRENCH/SOCR CONTENT/CLAMPS/STEEL/HDW | 1 | 200.00 |
| 107 | CONTENTS CORNER-ASST STEE/SCRAP METAL | 1 | 45.00 |
| 108 | BX CARBON | 1 | 10.00 |
| 109 | GRINDER TBL/TABLE ONLY | 1 | 25.00 |
| 110 | DAYTON GY46 1X6"BELT DISC SANDER | 1 | 50.00 |
| 111 | ALLIED 95Q6 9407 208 3/4HP 8" BENCH GRINDER | 1 | 45.00 |
| 112 | OTC RED 20T HYDRAULIC PRESS | 1 | 150.00 |
| 113 | DELTA 23-660 6" THIN LINE BENCH GRINDER | 1 | 10.00 |
| 114 | DELTA 23-660M THIN LINE BENCH GRINDER | 1 | 10.00 |
| 115 | UKTABLE CONTENTS/BITS/HDWR | 1 | 40.00 |
| 122 | REMAINING CONTENTS BACK ROOM SHELVING/GREEN UKTBL/PART | 1 | 200.00 |
| 116 | UKBL CONTENTS/BITS/HDWR | 1 | 250.00 |
| 117 | UKTBL CONTENTS/ASST STEELE | 1 | 40.00 |
| 118 | UKTBL CONTENTS/BOLTS/HDW/ETC | 1 | 150.00 |
| 119 | CONTENT/CORNER BOLT BEN/BX/BITS/CHUCKS | 1 | 200.00 |
| 120 | CHARMILLES GENVE ELERODA E10 53222 SWITZERLND | 1 | 60.00 |
| 129 | 4 JOHN DEERE BAR STOOLS | 1 | 75.00 |
| 134 | INTERNATIONAL BOX STAPLER/STAPLES | 1 | 70.00 |

```
Date: 09-26-2011 13:30:28                                                    None

                      GARY BOYD AUCTION & REAL ESTATE
                               PO BOX 352
                           ALBEMARLE, NC 28001
                              704-982-5633

Settlement          RICK MITCHELL                                     Page:   3
Seller:   1         TOMCO TOOLING AND PLASTIC
                    994 RHYNE ROAD
                    CLOVER SC   29710

Item   Description                                              Qty      Total
-------------------------------------------------------------------------------
 121   BIERI PUMPEINBAU AG T2P 110-25-A79/106780047               1        35.00
 122   CHARMILLES ISOPULSE P25 31757 GENERATOR                   1        40.00
 123A  5 SHELVES IN BACK OFFICE                                  1        75.00
 124   REMAINING CONTENTS/BACK OFF/DESK/COMP/PARTS/SUPPLIES      1       450.00
 140   ASST ELEC SUPPLIES/WIRE/OUTLET BX/FLEX CONDUIT            1        50.00
 151   CONTENTS PALLET/MINI-REF/COPIER/PRINTER/COMP SFTW         1        10.00
 154   STERLCO TEMP CONTR UNIT                                   1        45.00
 127   CONTENTS SIDE OFF DESK/FILING CABS/COMP ETC.              1        25.00
 128   GE WATER MACH/WATER JUGS                                  1        15.00
 131   REMAINING CONTENTS BREAKROOM/COFFEEMAKER/CUPS/ETC         1         5.00
 141   CONTENTS PALLET/BITS.HDW.HANDSOAP                         1        20.00
 125   CONTENTS BK BATHROOM/CABS/HDW/VAC                         1     1,000.00
 126   CONTNTS HALLWAY/BOOKSHELVES/BOOKS/CAB W/SUPPLIES          1        80.00
 130   6 BLUE UPHOLSTERED METAL CHAIRS                           1        12.50
 132   CONTENTS CORNER/FOLDING TABLES/CABS/HDW ETC               1       450.00
 134A  CRAFTSMAN DRILL PRESS                                     1       140.00
 135   WORK LOCKERS                                              1        10.00
 136   STORAGE CABINET/CONTENTS/SPRAY CANS/PARTS                 1        55.00
 137   LEHIGH FLUID POWER INC 2 MAM78 FX 12 20 74                1         5.00
 138   WORKBENCH/CONTENTS/CONTROL STAND/ASST METAL/PARTS         1        30.00
 139   ELEC WHEELCHAIR                                           1        70.00
 142   CONTENTS PALLET/BRASS FITTINGS/BOTTLE JACKS/COFFEEMAKE    1       200.00
 143   CONTENTS PALLET/ASST TOOLS/TABLE SAW                      1       200.00
 144   CONTENTS PALLET/ASST WIRE/SCALES/MICROSC/COMPSFTW         1       225.00
 145   CONTENS PALLET/VAC PUMP/FAN/ASST PART/CHOP SAW            1        70.00
 192   STORAGE CONTAINER 43078                                   1       800.00
 146   CONTENTS PALLLT/FAN/PRITER/FILE/BATTER BKUP/TV            1        80.00
 147   CONTENTS PALLET/PIPE WRENCHES/800LBPOWER HOIST/PIPE BE    1       160.00
 196   SINGLE SECTION DRAG HARROW                                1        10.00
 208   LEINBAK 3PT DRAG PAN                                      1       110.00
 209   3 PT LAYOFF PLOW                                          1        40.00
 159   CONTENTS PALLET/VAC PUMP/HOPPER/FOLDING CHAIRS            1        90.00
 164   CUMBERLAND 284 325525-79117 GRANULATOR                    1       200.00
 163   NOVATEZ MPD-220 3-6320-1425                               1        75.00
 165   CUMBERLND 284 325525-88551 GRANULATOR                     1       375.00
 166   NELMOR G1215M1 72 -08 5127 GRANULATOR                     1       300.00
 167   UNNAMD GRANULATOR                                         1       300.00
 168   UN NAMED GRANULATOR                                       1       275.00
 169   NELMORE GRANULATOR                                        1       100.00
 180   UNA DYN MINI DRYER CD CD74282                             1        40.00
```

```
Date: 09-26-2011 13:30:26                                                               Note

                        GARY BOYD AUCTION & REAL ESTATE
                                  PO BOX 352
                              ALBEMARLE, NC 28001
                                 704-982-5633

Settlement                                      RICK MITCHELL                    Page:    3
Sellers:     1                            TOMCO TOOLING AND PLASTIC
                                               994 RHYNE ROAD
                                               CLOVER SC  29710


Item  Description                                                           Qty       Total
-----------------------------------------------------------------------------------------------
121   STERC PUMPEINGAU AG TZP J10-25-A79/16578084/                           1        35.00
122   CHARMILLES ISOPULSE P25 3179V GENERATOR                                1        40.00
123A  5 SHELVES IN BACK OFFICE                                               1        75.00
124   REMAINING CONTENTS/BACK OFFICE/DESK/COMP/PARTS/SUPPLIES                 1       450.00
140   ASST ELEC SUPPLIES/WIRE/OUTLET EX/FLEX CONDUIT                          1        50.00
151   CONTENTS PALLET/MINI-REF/COPIER/PRINTER/COMP SETW                       1        70.00
154   STERCO TEMP CONTR UNIT                                                  1        45.00
127   CONTENTS SIDE OFF DESK/FILING CABS/COMP ETC.                            1        25.00
128   GE WATER MACH/WYER JUGS                                                 1        15.00
131   REMAINING CONTENTS BREAKROOM/COFFEEMAKER/CUPS/ETC                       1         5.00
141   CONTENTS-PALLET/KITS,HDW,HANDSOAP                                       1        20.00
125   CONTENTS BK BATHROOM/CABS/HDW/VAC                                       1     1,000.00
126   CONTTS HALLWAY/BOOKSHELVES/BOOKS/CAB W/SUPPLIES                         1        60.00
130   6 BLUE UPHOLSTERED METAL CHAIRS                                         1        12.50
132   CONTENTS CORNER/FOLDING TABLES/CHRS/HDW ETC                             1       450.00
134   CRAFTSMAN DRILL PRESS                                                   1       140.00
135   WORK LOCKERS                                                            1        10.00
136   STORAGE CABINET/CONTENTS/SPRAY CANS/PARTS                               1        55.00
137   LENTCH FLUID POWER INC 2 MAM72 FX 12 08 74                              1         5.00
138   WORKBENCH/CONTENTS/CONTROL STAND/ASST METAL/PARTS                       1        30.00
139   ELEC WHEELCHAIR                                                         1        70.00
142   CONTENTS PALLET/BRASS FITTINGS/BOTTLE JACKS/COFFEEMAKE                  1       260.00
143   CONTENTS PALLET/ASST TOOLS/TABLE SAW                                    1       260.00
144   CONTENTS PALLET/ASST WIRE/SCALES/MICROSC/COMPSETW                       1       225.00
145   CONTENTS PALLET/VAC PUMP/FAN/ASST PART/CHOP SAW                         1        70.00
150   STORGE CONTAINER 4/0TA                                                  1       800.00
146   CONTENTS PALLET/FAN/PRINTER/FILE/BATTER BKUP/TV                         1        30.00
147   CONTENTS PALLET/PIPE WRENCHES/AOBLBPOWER HOLT/PIPE BE                   1       150.00
158   SINGLE SECTION DRAG HARROW                                              1        10.00
28A   LEINBAK 3PT DRAG RUN                                                    1       110.00
29    3 PT LAYOFF PLOW                                                        1        40.00
149   CONTENTS PALLET/VAC PUMP/HOPPER/FOLDING CHAIRS                          1        90.00
164   CURBERLAND 284 32E5E5-79171 GRANULATOR                                  1       290.00
163   NOVATEX MPD-220 3-5320-1425                                             1        75.00
154   CUMBERLAND 204 329525-86581 GRANULATOR                                  1       375.00
166   MELMOP 0121591 NG-98 3127 GRANULATOR                                    1       300.00
157   UNNAMD GRANULATOR                                                       1       500.00
161   UN NAMED GRANULATOR                                                     1       275.00
159   MELMORE GRANULATOR                                                      1       100.00
160   UNN DYN MTAI DRYER CD CD?4242                                           1        40.00
```

Date: 09-26-2011 13:30:28                                                                    None

```
                        GARY BOYD AUCTION & REAL ESTATE
                                  PO BOX 352
                              ALBEMARLE, NC 28001
                                 704-982-5633
```

Settlement          RICK MITCHELL                                         Page:    4
Seller:    1        TOMCO TOOLING AND PLASTIC
                    994 RHYNE ROAD
                    CLOVER SC  29710

| Item | Description | Qty | Total |
|------|-------------|-----|-------|
| 153 | CONTENTS PALLET/PTS WASHER/RYOBI DRILL/ORANGE BENCH | 1 | 65.00 |
| 156 | CONTENTS PALLET/SCROLL SAW/HYDR PUMP-ACCESS/TRANF PUMP | 1 | 45.00 |
| 189 | STORAGE CONTAINER 232041/W CONTENTS/PLASTIC BEADS | 1 | 900.00 |
| 190 | STORAGE CONTAINER 27 W/CONTENTS/PLASTCE BEADS/CONC MIX | 1 | 1,200.00 |
| 191 | STORAGE CONTAINER 55964 | 1 | 1,400.00 |
| 198 | BOXSCRAPE | 1 | 200.00 |
| 203 | 3 PT HTCH CULTIVATOR | 1 | 50.00 |
| 157 | CONTENTSPALLET/ 2/3 HP DRILL PRESS/AST BITS | 1 | 240.00 |
| 148 | CONTENTS OF PALLETT/CHAINFALL/CHOP SAW/ELEC PUMPS/ | 1 | 100.00 |
| 215 | CART OF ASSORTED TOOLS/PARTS/HDWQ | 1 | 115.00 |
| 183 | FRUHEUF/W CONTENTS/GRINDER/DRYER CAB/HOPPERS FG 9F245. | 1 | 1,000.00 |
| 184 | FRUHEUF FG9/F245 CHS195141 45'VANTRKL/W/174 & 179 INSI | 1 | 2,100.00 |
| 185 | FRUEHEUF 100G9-F2-48/1H2V04829DC006913 '48VAN TRL | 1 | 900.00 |
| 186 | FRUEHOF FBXF248L/5-W/1HV04825DA00074748VAN TRAILR | 1 | 1,000.00 |
| 187 | FREUHOF FB9F2-45HZ2824-38 45 VAN TRAILER | 1 | 1,300.00 |
| 188 | TODCO VAN TRAILER W/ CONTENTS | 1 | 1,000.00 |
| 188A | MILLER VAN TRL+ #170-173 | 1 | 2,200.00 |
| 220 | 3 ROLLS CHAIN LINK FENCING+GATE | 1 | 115.00 |
| 241 | PALLET THREADED ROD & CHANNEL | 1 | 15.00 |
| 204 | 10 YD PACKER | 1 | 90.00 |
| 233 | IMS GRANUATOR | 1 | 100.00 |
| 149 | WORKTABLE/ASST BOX TOOL | 1 | 40.00 |
| 182 | REMAINING COTENTS OF STORAGE ROOM/GARDEN TOOLS/BARRELS | 1 | 15.00 |
| 197 | CULTIVATO | 1 | 50.00 |
| 199 | 6' BUSHHOG | 1 | 150.00 |
| 201 | SMALL ROLLIG CULTIVTOR | 1 | 30.00 |
| 236 | CEMENT MIXER | 1 | 45.00 |
| 244 | 3 BARELS HYDRAULIC OIL | 1 | 9.00 |
| 247 | SMALL PALLET /BOLTS | 1 | 5.00 |
| 207 | ROOT RAKE | 1 | 150.00 |
| 206 | 10'CULTIVATOR | 1 | 110.00 |
| 245 | SET OF ALUM RAMPS | 1 | 30.00 |
| 162 | CONTENTS OF PALLET/ASST TOOLS,HETER | 1 | 170.00 |
| 181 | PORT-A-COOLL | 1 | 110.00 |
| 216 | PART OF ASST TOOLS/PARTS/HDW | 1 | 1,200.00 |
| 249 | YELLOW A-FRAME LADDER | 1 | 35.00 |
| 250 | RUBBER MATS | 1 | 25.00 |
| 211 | YAMAHA GOLF CART | 1 | 300.00 |
| 221 | TRANSPLANTER-DOWN BANK | 1 | 75.00 |
| 222 | UNA-UNA DOWN BANK | 1 | 10.00 |

Date: 09-26-2011 13:30:28 None

GARY BOYD AUCTION & REAL ESTATE
PO BOX 352
ALBEMARLE, NC 28001
704-982-5633

Settlement
Seller: 1

RICK MITCHELL
TOMCO TOOLING AND PLASTIC
994 RHYNE ROAD
CLOVER SC 29710

Page: 4

| Item | Description | Qty | Total |
|---|---|---|---|
| 155 | CONTENTS PALLET/PTS WASHER/RYOBI DRILL/ORANGE BENCH | 1 | 65.00 |
| 156 | CONTENTS PALLET/SCROLL SAW/HYDR PUMP-ACCESS/TRANF PUMP | 1 | 45.00 |
| 189 | STORAGE CONTAINER 2320A1/W CONTENTS/PLASTIC BEADS | 1 | 900.00 |
| 190 | STORAGE CONTAINER 27 W/CONTENTS/PLASTCE BEADS/CONC MIX | 1 | 1,200.00 |
| 191 | STORAGE CONTAINER 55964 | 1 | 1,400.00 |
| 198 | BOXSCRAPE | 1 | 200.00 |
| 203 | 3 PT HTCH CULTIVATOR | 1 | 50.00 |
| 157 | CONTENTSPALLET/ 2/3 HP DRILL PRESS/AST BITS | 1 | 240.00 |
| 148 | CONTENTS OF PALLETT/CHAINFALL/CHOP SAW/ELEC PUMPS/ | 1 | 100.00 |
| 215 | CART OF ASSORTED TOOLS/PARTS/HDWR | 1 | 115.00 |
| 183 | FRUHEUF/W CONTENTS/GRINDER/DRYER CAB/HOPPERS FG 9F245 | 1 | 1,000.00 |
| 184 | FRUEHUF FG9/F245 CHS195141 45'VANTRL/W/174 & 179 INSI | 1 | 2,100.00 |
| 185 | FRUEHUF 10669-E2-48/1H2V04829DC006913 '48VAN TRL | 1 | 900.00 |
| 186 | FRUEHOF FBXF248L75-W/1HV0482SDA0087474 8VAN TRAILR | 1 | 1,000.00 |
| 187 | FREUHOF FB9F2-45HZ2824-38 45 VAN TRAILER | 1 | 1,300.00 |
| 188 | TODCO VAN TRAILER W/ CONTENTS | 1 | 1,000.00 |
| 188A | MILLER VAN TRL# 8170-173 | 1 | 2,200.00 |
| 220 | 3 ROLLS CHAIN LINK FENCING+GATE | 1 | 115.00 |
| 241 | PALLET THREADED ROD & CHANNEL | 1 | 15.00 |
| 204 | 10 YD PACKER | 1 | 90.00 |
| 233 | IMS GRANUATOR | 1 | 100.00 |
| 149 | WORKTABLE/ASST BOX TOOL | 1 | 40.00 |
| 182 | REMAINING COTENTS OF STORAGE ROOM/GARDEN TOOLS/BARRELS | 1 | 15.00 |
| 197 | CULTIVATO | 1 | 50.00 |
| 199 | 6'BUSHHOG | 1 | 150.00 |
| 201 | SMALL ROLLIG CULTIVTOR | 1 | 30.00 |
| 236 | CEMENT MIXER | 1 | 45.00 |
| 244 | 3 BARELS HYDRAULIC OIL | 1 | 5.00 |
| 247 | SMALL PALLET /BOLTS | 1 | 5.00 |
| 207 | FOOT RAKE | 1 | 150.00 |
| 206 | 16"CULTIVATOR | 1 | 110.00 |
| 245 | SET OF ALUM RAMPS | 1 | 30.00 |
| 162 | CONTENTS OF PALLET/ASST TOOLS,HETER | 1 | 170.00 |
| 121 | PORT-A-COOL | 1 | 110.00 |
| 216 | CART OF ASST TOOLS/PARTS/HDW | 1 | 1,200.00 |
| 249 | YELLOW A-FRAME LADDER | 1 | 35.00 |
| 250 | RUBBER MATS | 1 | 25.00 |
| 211 | YAMAHA GOLF CART | 1 | 500.00 |
| 221 | TRANSPLANTER-DOWN BANK | 1 | 75.00 |
| 222 | UNA-UNA DOWN BANK | 1 | 10.00 |

Date: 09-26-2011 13:30:28                                                                None

<p style="text-align:center">GARY BOYD AUCTION & REAL ESTATE<br>
PO BOX 352<br>
ALBEMARLE, NC 28001<br>
704-982-5633</p>

Settlement         RICK MITCHELL                                          Page:    5
Seller:    1       TOMCO TOOLING AND PLASTIC
                   994 RHYNE ROAD
                   CLOVER SC   29710

| Item | Description | Qty | Total |
|------|-------------|-----|-------|
| 224  | SECIONED CAGED BUYER LADDER | 1 | 50.00 |
| 225  | ETCOPOWERPRESS (IN TRAILER) | 1 | 10.00 |
| 226  | ETCO POWER PRESS | 1 | 10.00 |
| 227  | OLD PRESS MACHINE | 1 | 25.00 |
| 228  | MACHINE CONTROL CABINET | 1 | 10.00 |
| 229  | CIRCUIT PANEL RACK | 1 | 10.00 |
| 230  | PALLET W/HOPPER AND TRAP | 1 | 10.00 |
| 231  | PALLET W/BX ASST HOSES/PARTS | 1 | 10.00 |
| 232  | PALLET BARRELSOF OIL | 1 | 90.00 |
| 200  | 16 DISCHARROW | 1 | 325.00 |
| 155  | TASKFORCETOOLBOX | 1 | 60.00 |
| 213  | WOODSTOVE | 1 | 185.00 |
| 158  | CONTENTSPALLET/WELDER/35 GAL TANK/1/4HP DRILL | 1 | 60.00 |
| 193  | LAWNBOY LAWN MOWER | 1 | 40.00 |
| 194  | CUB CADET MOWER | 1 | 50.00 |
| 217  | PALLETJACK | 1 | 60.00 |
| 219  | 5TH WHEEL TRAILER/NECK & AXLE/ DOWN BANK | 1 | 50.00 |
| 234  | LAWN TRACTOR IMPLEMENTS/SCRAPE | 1 | 10.00 |
| 235  | 3PT HITCH PARTS/DRAW BARS/HYD LIFTARMS | 1 | 250.00 |
| 238  | CONCRETE BLOCKS (ABOVE CONTAINERS) | 1 | 5.00 |
| 239  | BUNDLE PLASTIC CONDUIT | 1 | 5.00 |
| 249A | DOCK BOARD -SHORT | 1 | 20.00 |
| 205  | 10' CULTIPACKER | 1 | 150.00 |
| 246  | PALLET FORKS | 1 | 50.00 |
| 195  | 2-BOTTOM PLOW | 1 | 175.00 |
| 202  | 2 SPRING TOOTH DRAG HARROWS | 1 | 40.00 |
| 237  | BUNDLE METALCONDUIT | 1 | 10.00 |
| 150  | CONTENTS OF PALLET/FAN/ASST PARTS/TOOLS | 1 | 30.00 |
| 152  | PALLET CONTENTS- CHAINFALL/KEYBOARD/PRINTER | 1 | 20.00 |
| 161  | PALLET CONTENTS/CLAMPS/FAMS/ELEC MTORS | 1 | 70.00 |
| 214  | PART OF ASST TOOLS/HDW | 1 | 25.00 |
| 243  | RECEIVER HITCH MOUNTED CARGO CARRIER | 1 | 20.00 |
| 218  | CONTENTS STORAGE BLDG/ASST MOLDS | 1 | 10.00 |
| 240  | MOBILE HOME AXLE/SCRAP METAL -SIDE OF BLDG | 1 | 50.00 |
| 133  | STORAGE RACKS/CONTENTS | 1 | 60.00 |
| 212  | 5' BOX SCRAPE | 1 | 250.00 |
| 248  | HANDTRUCKS/BUCKETS | 1 | 20.00 |
| 160  | PALLET- PAPER SHREDDER/ | 1 | 45.00 |

                              Items:    198    Amount:    86,303.50

```
09-26-2011 13:30:28                                                                 None

                        GARY BOYD AUCTION & REAL ESTATE
                                  PO BOX 352
                              ALBEMARLE, NC 28001
                                 704-982-9633

Settlement                      RICK MITCHELL                              Page:  3
Seller:    1.              TOMCO TOOLING AND PLASTIC
                                994 RHYNE ROAD
                                CLOVER SC  29710


Item    Description                                                Qty         Total
------  ---------------------------------------------------------  ---    ----------
224     SECTIONED CAGED BUYER LADDER                                 1         50.00
225     ETCOPOWERPRESS (IN TRAILER)                                  1         10.00
226     ETCO POWER PRESS                                             1         10.00
227     OLD PRESS MACHINE                                            1         25.00
228     MACHINE CONTROL CABINET                                      1         40.00
229     CIRCUIT PANEL RACK                                           1         10.00
230     PALLET W/HOPPER AND TRAP                                     1         10.00
231     PALLET W/MX ASST HOSES/PARTS                                 1         10.00
232     PALLET BARRELSOF OIL                                         1         90.00
206     15 DISCHARROW                                                1        325.00
135     TSKFORCETOOLBOX                                              1         50.00
217     WOODSTOVE                                                    1        105.00
138     CONTENTSPALLET/WELDER/35 GAL TANK/1/4HP DRILL                1         50.00
154     LAWNBOY LAWN MOWER                                           1         40.00
134     CUB CADET MOWER                                              1         50.00
217     PALLET JACK                                                  1         60.00
219     5TH WHEEL TRAILER/NECK 6 AXLE/ DOWN RAMP                     1         50.00
274     LAWN TRACTOR IMPLEMENTS/SCRAPE                               1         10.00
253     3PT HITCH PARTS/DRAW BARS/HYD LIFTARMS                       1        220.00
236     CONCRETE BLOCKS (ABOVE CONTAINERS)                           2          5.00
239     BUNDLE PLASTIC CONDUIT                                       1          5.00
240A    DOCK BOARD -SHORT                                            1         20.00
265     10' CULTIPACKER                                              1        150.00
246     PALLET FORKS                                                 1         50.00
195     2-BOTTOM PLOW                                                1        175.00
260     2 SPRING TOOTH DRAG HARROWS                                  1         40.00
257     BUNDLE METALCONDUIT                                          1         10.00
150     CONTENTS OF PALLET/FAN/ASST PARTS/TOOLS                      1         50.00
152     PALLET CONTENTS- CHAIRFALL/KEYBOARD/PRINTER                  1         20.00
161     PALLET CONTENTS/CLAMPS/FANS/ELEC MTURS                       1         70.00
214     PART OF ASST TOOLS/HDW                                       1         25.00
245     RECEIVER HITCH MOUNTED CARGO CARRIER                         1         20.00
216     CONTENTS STORAGE BLDG/ASST MOLDS                             1         10.00
249     MOBILE HOME AXLE/SCRAP METAL -SIDE OF BLDG                   1         50.00
122     STORAGE RACKS/CONTENTS                                       1         60.00
212     V-BOX SCRAPE                                                 1        325.00
248     HANDTRUCKS/BUCKETS                                           1         20.00
108     PALLET- PAPER SHREADERY                                      1         45.00


                            Items:   195    Amount:   46,302.50
```